Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−13965−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Ancona
   1415 East 23rd Street
   Brooklyn, NY 11210

Social Security No.:
   xxx−xx−7341

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               6/3/20
Time:              10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 22, 2020
JAN: gan

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 20-13965-CMG
Robert Ancona                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2             Date Rcvd: Apr 22, 2020
                              Form ID: 132                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db             +Robert Ancona,   1415 East 23rd Street,   Brooklyn, NY 11210-5126
cr             +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Manfro, LLP,
                 565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
518753389      +Bureau of Account Management,   Attn: Bankruptcy,   Po Box 538,   Howell, NJ 07731-0538
518753392      +Department of Environmental Protection,   250 Livingston Street, 8th Floor,
                 Brooklyn, NY 11201-5808
518753394      +Ginette Ancona,   3486 Bedford Avenue,   Brooklyn, NY 11210-5235
518753397      +Gragil Associates, Inc.,   Attn: Bankruptcy,   Po Box 1010,   Pembroke, MA 02359-1010
518753399      +KML Law Group, PC,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
518796836     ++LCI,   PO BOX 1931,   BURLINGAME CA 94011-1931
                 (address filed with court: COMCAST,   PO BOX 1931,   Burlingame, CA 94011)
518753400      +Monmouth County Sheriff's Office,   2500 Kozloski Road,   Freehold Township, NJ 07728-4424
518753401      +New York Child Support Enforcement,   151 W. Broadwasy, 4th Floor,   New York, NY 10013-3306
518753402      New York State,   Department of Taxation and Finance,   Bankruptcy Section,   PO Box 5300,
                 Albany, NY 12205-0300
518753404      +Office of the Attorney General,   New Jersey Attorney General Office,
                 Richard J. Hughes Justice Complex,   25 Market St., P.O. Box 112,   Trenton, NJ 08625-0112
518753403     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: NJ Division of Taxation,   50 Barrack Street, 9th floor,
                 PO Box 245,   Trenton, NJ 08695)
518753406      +Structured Asset Mortgage Investments II,  Inc.,   Attn: Vice President /C.E.O./ Agent,
                 383 Madison Ave,   New York, NY 10179-0001
518753407     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank, N.A.,   Attn: Vice President / C.E.O. / Agent,
                 425 Walnut Street,   Cincinnati, OH 45202)
518753409      +Zack Gindi,   2322 Avenue N.,   Brooklyn, NY 11210-5117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 22 2020 23:14:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2020 23:14:45     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518753390      +E-mail/Text: bankruptcy@usecapital.com Apr 22 2020 23:15:22     Capital Accounts,
                 Attn: Bankruptcy Dept,   Po Box 140065,   Nashville, TN 37214-0065
518753391      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 22 2020 23:17:13     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518801714      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2020 23:32:55
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518753393      +E-mail/Text: bknotice@ercbpo.com Apr 22 2020 23:14:49     Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518753398      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 22 2020 23:14:25     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518796836       E-mail/Text: documentfiling@lciinc.com Apr 22 2020 23:14:12     COMCAST,   PO BOX 1931,
                 Burlingame, CA 94011
518753405      +E-mail/Text: bkteam@selenefinance.com Apr 22 2020 23:14:22     Selene Finance,
                 Attn: Bankruptcy,   Po Box 422039,   Houston, TX 77242-4239
518753408      +E-mail/Text: usanj.njbankr@usdoj.gov Apr 22 2020 23:14:47     United States Attorney,
                 Peter Rodino Federal Building,   970 Broad St. - Ste. 700,   Newark, NJ 07102-2527
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518753395*     +Ginette Ancona,   3486 Bedford Avenue,   Brooklyn, NY 11210-5235
518753396*     +Ginette Ancona,   3486 Bedford Avenue,   Brooklyn, NY 11210-5235
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 22, 2020
                              Form ID: 132               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              David L. Stevens     on behalf of Debtor Robert  Ancona dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as Trustee f/b/o holders of Structured
               Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates,
               Series 2006-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT
               kbo@kkmllp.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```