Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−13965−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Ancona
   1415 East 23rd Street
   Brooklyn, NY 11210

Social Security No.:
   xxx−xx−7341

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/2/20
Time:         10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2020
JAN: gan

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Ancona  
    Debtor(s)

Case No. 20-13965-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 22, 2020      Form ID: 132      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Ancona, 1415 East 23rd Street, Brooklyn, NY 11210-5126 |
| r | + | Catherine Ades, Cathy Ades Real Estate, 369 Monmoth Road, West Long Branch, NJ 07764-1205 |
| r | + | Karen Behfar, The Behfar Team, 1524 East 23rd Street, Brooklyn, NY 11210-5107 |
| cr | + | Wilmington Savings Fund Society, FSB, doing busine, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 518753389 | + | Bureau of Account Management, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 518753392 | + | Department of Environmental Protection, 250 Livingston Street, 8th Floor, Brooklyn, NY 11201-5808 |
| 518753394 | + | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518753397 | + | Gragil Associates, Inc., Attn: Bankruptcy, Po Box 1010, Pembroke, MA 02359-1010 |
| 518753399 | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518753400 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold Township, NJ 07728-4424 |
| 518840131 | + | NYC Water Board, Andrew Rettig, Assistant Councel, 59-17 Junction Blvd, 13th Floor, Elmhurst, NY 11373-5188 |
| 518753401 | + | New York Child Support Enforcement, 151 W. Broadwasy, 4th Floor, New York, NY 10013-3306 |
| 518753402 | | New York State, Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518753404 | + | Office of the Attorney General, New Jersey Attorney General Office, Richard J. Hughes Justice Complex, 25 Market St., P.O. Box 112, Trenton, NJ 08625-0112 |
| 518753403 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, 50 Barrack Street, 9th floor, PO Box 245, Trenton, NJ 08695 |
| 518753406 | + | Structured Asset Mortgage Investments II, Inc., Attn: Vice President /C.E.O./ Agent, 383 Madison Ave, New York, NY 10179-0001 |
| 518753407 | + | U.S. Bank, N.A., Attn: Vice President / C.E.O. / Agent, 425 Walnut Street, Cincinnati, OH 45202-3930 |
| 518830868 | + | Wilmington Savings Fund Society, FSB, doing, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, New York 10523-2300 |
| 518753409 | #+ | Zack Gindi, 2322 Avenue N., Brooklyn, NY 11210-5117 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518796836 | + | Email/Text: documentfiling@lciinc.com | Oct 22 2020 21:51:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518753390 | + | Email/Text: bankruptcy@usecapital.com | Oct 22 2020 21:53:00 | Capital Accounts, Attn: Bankruptcy Dept, Po Box 140065, Nashville, TN 37214-0065 |
| 518753391 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 22 2020 23:32:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518801714 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 22 2020 23:33:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-13965-CMG    Doc 40    Filed 10/24/20    Entered 10/25/20 00:46:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: 132 | Total Noticed: 31 |

| 518753393 | + Email/Text: bknotice@ercbpo.com | Oct 22 2020 21:52:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
|---|---|---|---|
| 518753398 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2020 21:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837836 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2020 23:32:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 518753405 | + Email/Text: bkteam@selenefinance.com | Oct 22 2020 21:51:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 518836429 | Email/Text: jennifer.chacon@spservicing.com | Oct 22 2020 21:53:00 | U.S. Bank, N.A., as Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518753408 | + Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2020 21:52:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. - Ste. 700, Newark, NJ 07102-2527 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518753395 | *+ | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518753396 | *+ | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518874196 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David L. Stevens | on behalf of Debtor Robert Ancona dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: 132 | Total Noticed: 31 |

Karen B. Olson
    on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT kbo@kkmllp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5