Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.:  20−13965−CMG
                       Chapter:  13
                       Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Ancona
   516 Page Avenue
   Allenhurst, NJ 07711

Social Security No.:
   xxx−xx−7341

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      1/20/21
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
Fees: $26,718.50

EXPENSES
$491.76

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 22, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13965-CMG |
| Robert Ancona | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 22, 2020 | Form ID: 137 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Ancona, 516 Page Avenue, Allenhurst, NJ 07711-1235 |
| r | + | Catherine Ades, Cathy Ades Real Estate, 369 Monmoth Road, West Long Branch, NJ 07764-1205 |
| r | + | Karen Behfar, The Behfar Team, 1524 East 23rd Street, Brooklyn, NY 11210-5107 |
| sp | + | Marc Z. Newman, 3119 Quentin Road, Brooklyn, NY 11234-4234 |
| cr | + | Wilmington Savings Fund Society, FSB, doing busine, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 518753389 | + | Bureau of Account Management, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 518753392 | + | Department of Environmental Protection, 250 Livingston Street, 8th Floor, Brooklyn, NY 11201-5808 |
| 518753394 | + | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518753397 | + | Gragil Associates, Inc., Attn: Bankruptcy, Po Box 1010, Pembroke, MA 02359-1010 |
| 518753399 | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518753400 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold Township, NJ 07728-4424 |
| 518840131 | + | NYC Water Board, Andrew Rettig, Assistant Councel, 59-17 Junction Blvd, 13th Floor, Elmhurst, NY 11373-5188 |
| 518753401 | + | New York Child Support Enforcement, 151 W. Broadwasy, 4th Floor, New York, NY 10013-3306 |
| 518753402 | | New York State, Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518753404 | + | Office of the Attorney General, New Jersey Attorney General Office, Richard J. Hughes Justice Complex, 25 Market St., P.O. Box 112, Trenton, NJ 08625-0112 |
| 518753403 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, 50 Barrack Street, 9th floor, PO Box 245, Trenton, NJ 08695 |
| 518753406 | + | Structured Asset Mortgage Investments II, Inc., Attn: Vice President /C.E.O./ Agent, 383 Madison Ave, New York, NY 10179-0001 |
| 518753407 | + | U.S. Bank, N.A., Attn: Vice President / C.E.O. / Agent, 425 Walnut Street, Cincinnati, OH 45202-3930 |
| 518830868 | + | Wilmington Savings Fund Society, FSB, doing, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, New York 10523-2300 |
| 518753409 | #+ | Zack Gindi, 2322 Avenue N., Brooklyn, NY 11210-5117 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2020 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2020 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518796836 | + | Email/Text: documentfiling@lciinc.com | Dec 22 2020 21:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518753390 | + | Email/Text: bankruptcy@usecapital.com | Dec 22 2020 21:37:00 | Capital Accounts, Attn: Bankruptcy Dept, Po Box 140065, Nashville, TN 37214-0065 |
| 518753391 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 22:16:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518801714 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 22 2020 22:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 20-13965-CMG    Doc 55    Filed 12/24/20    Entered 12/25/20 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: 137 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518753393 | + | Email/Text: bknotice@ercbpo.com | Dec 22 2020 21:35:00 | Ave, Oklahoma City, OK 73118-7901<br>Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518753398 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2020 21:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837836 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 22:17:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 518753405 | + | Email/Text: bkteam@selenefinance.com | Dec 22 2020 21:34:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 518836429 | | Email/Text: jennifer.chacon@spservicing.com | Dec 22 2020 21:37:00 | U.S. Bank, N.A., as Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518753408 | + | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2020 21:35:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. - Ste. 700, Newark, NJ 07102-2527 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518753395 | *+ | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518753396 | *+ | Ginette Ancona, 3486 Bedford Avenue, Brooklyn, NY 11210-5235 |
| 518874196 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David L. Stevens | on behalf of Debtor Robert Ancona dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Karen B. Olson
    on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT kbo@kkmllp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5