| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-13965 / CMG**

Robert Ancona

Petition Filed Date: 03/08/2020
341 Hearing Date: 04/09/2020
Confirmation Date: 02/10/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2020 | $550.00 | 68246010 | 06/01/2020 | $550.00 | 68281610 | 06/03/2020 | ($550.00) | 68246010 |
| 06/03/2020 | ($550.00) | 68281610 | 06/09/2020 | $550.00 | 25538972444 | 06/09/2020 | $550.00 | 25538972455 |
| 07/28/2020 | $550.00 | 26263269966 | 09/09/2020 | $550.00 | 26683917704 | 09/14/2020 | $550.00 | 25257674856 |
| 11/17/2020 | $550.00 | 26790034050 | 12/04/2020 | $550.00 | 26757327071 | 12/04/2020 | $550.00 | 26757327082 |
| 12/15/2020 | $550.00 | 26757325405 | 01/07/2021 | $550.00 | 26790037470 | | | |

**Total Receipts for the Period:  $5,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Ancona | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L. Stevens<br>»»  ORDER 1/21/21 | Attorney Fees | $23,710.26 | $0.00 | $23,710.26 |
| 1 | NEW YORK STATE<br>»»  2016,2018 | Priority Crediors<br>Hold Funds: Pending Resolution | $3,516.19 | $0.00 | $3,516.19 |
| 2 | NEW YORK STATE<br>»»  SALES 2008-2009, 2012-2015/ 2016 TAX PERIOD | Unsecured Creditors<br>Hold Funds: Pending Resolution | $1,413.86 | $0.00 | $1,413.86 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2010 TAX PERIOD | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2017;2019 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2011,2014-2016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | Unsecured Creditors | $527.87 | $0.00 | $527.87 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $461.19 | $0.00 | $461.19 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>»»  P/1415 EAST 23RD ST/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid at real estate closing | $0.00 | $0.00 | $0.00 |
| 9 | US BANK NATIONAL ASSOCIATION<br>»»  NP/516 PAGE AVE/1ST MTG | Mortgage Arrears | $158,270.93 | $0.00 | $158,270.93 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JUDGMENT | Unsecured Creditors | $1,311.30 | $0.00 | $1,311.30 |
| 11 | NYC WATER BOARD<br>»»  1415 E 23RD ST/WD 2/22/2021 | Secured Creditors<br>No Disbursements: Paid at real estate closing | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13965 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | NJ DIVISION OF TAXATION<br>»» 2019 (SAME DEBT AS 10-1) | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 13 | NJ DIVISION OF TAXATION<br>»» TGI 2008-2009 | Secured Creditors | $3,851.21 | $0.00 | $3,851.21 |
| 14 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2019 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 15 | NJ DIVISION OF TAXATION<br>»» TGI 2008-2009 RF; 2010/COSTS 7/2011 | Unsecured Creditors | $1,859.00 | $0.00 | $1,859.00 |
| 16 | US BANK NATIONAL ASSOCIATION<br>»» NP/516 PAGE AVE/1ST MTG/PP ARREARS 10/9/20 ORD | Mortgage Arrears | $14,256.35 | $0.00 | $14,256.35 |
| 17 | ZACHARY GINDI<br>»» MONEY LOANED | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | David L. Stevens | Attorney Fees<br>Hold Funds: Pending Resolution | $16,178.00 | $0.00 | $16,178.00 |
| 18 | Albert Russo | Other Administrative Fees<br>Hold Funds: Reserve | $5,048.00 | $0.00 | $5,048.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $252,591.00 |
| Paid to Trustee: | $442.75 | Arrearages: | $252,591.00 |
| Funds on Hand: | $5,057.25 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**