Page 1

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo |
| CN 4853 |
| Trenton, New Jersey 08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |
| In Re: |
|     **ROBERT ANCONA** |
|         Debtor(s) |

Order Filed on March 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-13965 CMG

Hearing: 3/3/21

Judge Christine M. Gravelle

# INTERIM ORDER ON DEBTOR'S MOTION OBJECTING

## TO ZACHARY GINDI CLAIM #11-1

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: March 17, 2021**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on a hearing to expunge Claim #11-1 filed by Zachary Gindi; and, David L. Stevens, Esquire appearing for the Debtor, Robert Ancona; and, Joseph Castelluci, Esquire appearing for the creditor, Zachary Gindi; and, Albert Russo, Chapter 13 Trustee appearing; and, the Court having heard the arguments of counsel; and, for good cause shown, it is hereby:

**ORDERED** that $125,000 from debtor's proceeds from the sale of Brooklyn, NY property is to be turned over to Debtor's counsel, David Stevens, which funds are to be held in Attorney Stevens trust account pending further order of this Court on the motion to expunge Zachary Gindi, Claim #11-1.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-13965-CMG

Robert Ancona     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Ancona, 516 Page Avenue, Allenhurst, NJ 07711-1235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David L. Stevens | on behalf of Debtor Robert Ancona dstevens@scura.com<br>ecfbkfilings@scurameley.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Robert Ancona jromero@scura.com<br>rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scurameley.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Karen B. Olson
  on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT kbo@kkmllp.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6