**SCURA, WIGFIELD, HEYER**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David Stevens, Esq.
dstevens@scura.com
*Counsel for Debtor*

**Order Filed on May 4, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>ROBERT ANCONA,<br><br>            DEBTOR. | Chapter 13<br><br>Case No. 20-13965 (CMG)<br><br>Hon. Christine M. Gravelle, U.S.B.J.<br><br>Hearing Date: April 29, 2021 10:00 a.m. |
|---|---|

**CONSENT ORDER REDUCING CLAIM OF ZACHARY GINDI**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: May 4, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Robert Ancona
Case No.:          20-13965 (CMG)
Caption of Order:  **CONSENT ORDER REDUCING CLAIM OF ZACHARY GINDI**
Page 2 of 3

**THIS MATTER** having been brought before the court by Robert Ancona (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for entry of an order disallowing Claim No. 11 filed by Zachary Gindi, in the amount of $125,000.00; and the Court having considered the papers submitted, the arguments of counsel, and the presentation of witnesses at an evidentiary hearing; and Court taking notice of the parties consent to the form and entry of this order;

**IT IS hereby ORDERED:**

1. The proof of claim filed by Zachary Gindi as Claim No. 11 in the claims register of this case is reduced to a general unsecured claim in the total amount of $30,000.

2. Payment of the $30,000 shall be made to "Joseph Castelluci Attorney Trust Account" on behalf of Zachary Gindi from funds held by Debtor's counsel in accordance with the <u>Interim Order on Debtor's Motion Objection to Zachary Gindi Claim #11-1</u> (the "Interim Order", Doc. Entry 93) and is payment in full satisfaction of any and all claims Zachary Gindi may have against the Debtor from the creation of time to the date of this order, including any debt alleged to be owed to Zachary Gindi jointly by the Debtor and the Debtor's former spouse, Ginnette Ancona.

3. The balance of funds held in accordance with the Interim Order are no longer restricted and may be released as the Debtor may direct.

Debtor: Robert Ancona
Case No.: 20-13965 (CMG)
Caption of Order: **CONSENT ORDER REDUCING CLAIM OF ZACHARY GINDI**
Page 3 of 3

The parties hereby consent to the terms and entry of the above consent order.

| | |
|---|---|
| **SCURA, WIGFIELD, HEYER STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>*Counsel for Debtor* | **JOSEPH CASTELLUCI, ATTORNEY AT LAW**<br>95 New Brunswick Avenue<br>Hopelawn, New Jersey 08861<br>*Counsel for Zachary Gindi* |
| By: /s/ David Stevens<br>    David Stevens, Esq. | By: /s/ Joseph Castelluci<br>    Joseph Castelluci, Esq. |
| Dated: April 29, 2021 | Dated: April 29, 2021 |

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Ancona  
    Debtor

Case No. 20-13965-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2  
Date Rcvd: May 05, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Ancona, 516 Page Avenue, Allenhurst, NJ 07711-1235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David L. Stevens | on behalf of Debtor Robert Ancona dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Robert Ancona jromero@scura.com rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.com;romero.jamalr93878@notify.bestcase.com |
| Karen B. Olson | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT kbo@kkmllp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6