| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br>        **ROBERT ANCONA**<br>                  Debtor(s) |

**Order Filed on June 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-13965 CMG

Hearing: 6/16/21

Judge Christine M. Gravelle

# ORDER ON TRUSTEE'S APPLICATION TO DISBURSE FUNDS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 29, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court by Albert Russo, Standing Chapter 13 Trustee, for an order authorizing payment of $158,270.93 to U.S. Bank National Association on Proof of Claim #6-2, notwithstanding stay relief granted to U.S. Bank National Association by order entered 3/8/21; and, David Stevens, Esquire appearing on behalf of the Debtor; and Denise Carlon, Esquire appearing on behalf of U.S. Bank National Association; and the Court having reviewed the pleadings and listened to arguments of counsel; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Standing Chapter 13 Trustee is authorized to pay U.S. Bank National Association Claim #6-2 in the amount of $158,270.93 as such claim is specifically provided for in the Order Confirming Plan.

2. Secured Creditor, U.S. Bank National Association, will accept and apply the funds from the Trustee to the pre-petition arrearage amount as listed in Proof of Claim #6-2.  This application of funds shall be without prejudice to Secured Creditor's rights to collect the remaining balance of arrears and without prejudice to the foreclosure complaint.

3. The post-petition claim of U.S. Bank National Association in the amount of $14,256.35, as set forth in the Order entered 10/6/20, doc #34, shall not be paid by the Trustee and shall be treated outside the plan.

4. The Trustee shall undertake efforts to compete his administration of the case and upon clearance of final disbursement of funds on hand, shall issue his Final Report.