| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**ROBERT ANCONA**<br>Debtor(s) |

**Order Filed on June 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-13965 CMG

Hearing: 6/16/21

Judge Christine M. Gravelle

**ORDER ON TRUSTEE'S APPLICATION TO DISBURSE FUNDS**

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 29, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court by Albert Russo, Standing Chapter 13 Trustee, for an order authorizing payment of $158,270.93 to U.S. Bank National Association on Proof of Claim #6-2, notwithstanding stay relief granted to U.S. Bank National Association by order entered 3/8/21; and, David Stevens, Esquire appearing on behalf of the Debtor; and Denise Carlon, Esquire appearing on behalf of U.S. Bank National Association; and the Court having reviewed the pleadings and listened to arguments of counsel; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Standing Chapter 13 Trustee is authorized to pay U.S. Bank National Association Claim #6-2 in the amount of $158,270.93 as such claim is specifically provided for in the Order Confirming Plan.

2. Secured Creditor, U.S. Bank National Association, will accept and apply the funds from the Trustee to the pre-petition arrearage amount as listed in Proof of Claim #6-2. This application of funds shall be without prejudice to Secured Creditor's rights to collect the remaining balance of arrears and without prejudice to the foreclosure complaint.

3. The post-petition claim of U.S. Bank National Association in the amount of $14,256.35, as set forth in the Order entered 10/6/20, doc #34, shall not be paid by the Trustee and shall be treated outside the plan.

4. The Trustee shall undertake efforts to compete his administration of the case and upon clearance of final disbursement of funds on hand, shall issue his Final Report.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13965-CMG

Robert Ancona  Chapter 13

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jun 29, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

**Recip ID    Recipient Name and Address**
db    + Robert Ancona, 516 Page Avenue, Allenhurst, NJ 07711-1235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

David L. Stevens
     on behalf of Debtor Robert Ancona dstevens@scura.com
     ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
     on behalf of Debtor Robert Ancona jromero@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com

Karen B. Olson

on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT kbo@kkmllp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7